COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Wesley Solansky

Appellate case number:   01-21-00031-CV

Trial court case number:  2018-84050

Trial court:              257th District Court of Harris County

On Thursday, January 14, 2021, relator Wesley Solansky filed a petition for writ of mandamus. On Friday, January 15, 2021, relator filed a motion for emergency relief. On January 15, 2021, the Court granted the motion and issued an order staying all trial court proceedings, as requested in the motion prayer.

Today, real parties in interest filed a motion to lift the stay, or in the alternative, a motion to reconsider the order entered on January 15, 2021.

The Court concludes that it requires a response to real parties' motions. Relator shall file a response to real parties' motions **by noon on Friday, January 29, 2021**.

It is so ORDERED.


Judge's signature: ___/s/ Justice Richard Hightower_____

                   ☑ Acting individually   ☐ Acting for the Court


Date: __January 22, 2021___